# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Andon Brush Company Inc | 11/30/2022 | Wire | $ 38,700.00 |
| Akorn Operating Company, LLC | Andon Brush Company Inc | 1/6/2023 | Wire | $ 154,800.00 |
| Akorn Operating Company, LLC | Andon Brush Company Inc | 2/14/2023 | Wire | $ 77,400.00 |
| | | | | $ 270,900.00 |