IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>ANDON BRUSH COMPANY INC.,<br><br>Defendant. | Adv. Proc. No. 25-50232 (KBO)<br><br>**Re: Adv. D.I. 3 & 5** |

**STIPULATION REGARDING DISCOVERY RESPONSE DEADLINE**

WHEREAS, on April 25, 2025, George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company, LLC ("Plaintiff") issued the *Summons and Notice of Pretrial Conference* ("Summons") [D.I. 3] in the above-captioned adversary proceeding on Defendant VWR International ("Defendant" and, together with Plaintiff, the "Parties");

WHEREAS, on June 11, 2025, the Court entered the *Order Establishing Streamlined Procedures Governing Adversary Proceedings With Total Amount in Controversy Greater Than $75,000.00 Brought by Plaintiff* (the "Procedures Order") [D.I. 5] which extended, among other

---

[1] The Debtors in these Chapter 7 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123) and Akorn Operating Company LLC (6184). The Debtors' headquarters was located at 5605 CenterPoint Court, Gurnee, Illinois 60031.

56377746.3
393059-00001

things, the Defendant's deadline to answer, move or otherwise respond to the Complaint to ninety days after the issuance of the Summons and established various discovery-related deadlines for this adversary proceeding.

WHEREAS, on July 28, 2025, the Plaintiff served his First Set of Interrogatories, Request for Production of Documents and Request for Admissions on the Defendant (the "Plaintiff's Discovery").

NOW, THEREFORE, THE PARTIES STIPULATE AND AGREE THAT:

1. The above recitals are true and correct and are incorporated by reference.

2. Pursuant to the Procedures Order ¶ 47, Plaintiff and Defendant hereby stipulate that all discovery-related deadlines set forth in Section E of the Procedures Order are extended by thirty (30) days. For the avoidance of doubt, the 30-day extension shall apply to responses to any outstanding discovery requests between the parties.

Dated: October 3, 2025

| | |
|---|---|
| **SAUL EWING LLP** | **SCURA, WIGFIELD, HEYER, STEVENS & CAMMAROTA, LLP** |
| /s/ *Paige N. Topper*<br>Evan T. Miller (DE Bar No. 5364)<br>Paige N. Topper (DE Bar No. 6470)<br>1201 N. Market Street, Suite 2300<br>Wilmington, DE 19801<br>Telephone: (302) 421-6800<br>evan.miller@saul.com<br>paige.topper@saul.com<br><br>*Counsel for Plaintiff* | */s/ David L. Stevens*<br>David L. Stevens<br>1 Harmon Meadow Blvd Ste 201,<br>Secaucus, NJ 07094<br>Telephone: (201) 490-4777<br>dstevens@scura.com<br><br>*Counsel for Defendant* |